| Criminal Case Cover Sheet | ORIGINAL | U.S. District Court |
|---|---|---|
| **Place of Offense:**<br>City: Hagatna<br>Country/Parish: _____ | **Related Case Information:**<br>Superseding Indictment: _____<br>Same Defendant: _____<br>Search Warrant Case Number: _____<br>R 20/ R 40 from District of _____ | Docket Number: **21-00229**<br>New Defendant: _____ |

**Defendant Information:**
Juvenile: Yes ____ No _X_    Matter to be sealed: Yes ____    No ____

Defendant Name: TS Borja
Alias Name: TS Gabriel
Address: _____

Birthdate: xx/xx/1978    SSN: xxx-xx-xxxx    Sex: M    Race: ____    Nationality: FSM

**U.S. Attorney Information:**
AUSA: April R. Owen

Interpreter: Yes _X_ No ____    List language and/or dialect: _____

**Location Status:**
Arrest Date: 10/25/2021
☐ Already in Federal Custody as of _____ in _____    ☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**
Total # of Counts: 1    Petty: ____    Misdemeanor: ____    Felony: _X_

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 8 U.S.C. § 1326 | Attempted Reentry of a Removed Alien | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

Date: 10/25/21    Signature of AUSA: [signature]

RECEIVED OCT 25 2021
DISTRICT COURT OF GUAM
HAGATÑA, GUAM